HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-mj-00129 EPG |
| *Plaintiff,* | |
| vs. | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| AMANDA GOURLEY, | |
| *Defendant,* | |

Defendant Amanda Gourley, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel, our office has a conflict.

On November 17, 2020 a Complaint was filed charging Ms. Gourley with Conspiracy to possess with intent to distribute 500g or more of a mixture containing methamphetamine, 21 U.S.C. §§ 846, 841 (a)(1). Ms. Gourley had an initial appearance on the charges in the District of Nevada on November 20, 2020.  Ms. Gourley was released on a personal recognizance bond, but the court did not set a date for her arraignment in this district.  The U.S. Attorney's Office contacted our office about the need to arrange counsel for Ms. Gourley in order to facilitate setting a date for her arraignment.

Therefore, after reviewing her Financial Affidavit it is respectfully recommended that CJA panel counsel Steven Crawford be promptly appointed.

DATED:  December 2, 2020     */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant Amanda Gourley is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Steven Crawford pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **December 2, 2020**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE